ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Recovery Trust and Ditech Financial, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES S. GARNER, and CATHY J. GARNER, husband and wife,<br><br>                  Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL, LLC, a Delaware Limited Liability Company, BENEFICIAL MORTGAGE CO. OF NEVADA; U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ RECOVERY TRUST; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiffs' title, or any cloud on plaintiffs' title hereto, named as DOES 1 through 50, inclusive,<br><br>                  Defendants. | Case No. 3:20-cv-00704-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(FIRST REQUEST)** |

Charles S. Garner and Cathy J. Garner (**Garner**), and Defendant Ditech Financial, LLC (Ditech), hereby stipulate and agree that Ditech shall have an additional three (3) days, up to and including **February 19, 2021**, to file its reply in support of motion for judgment on the pleadings, which is currently due on February 16, 2021, pursuant to ECF No. 10. The motion was filed on January 25, 2021, and the response was filed on February 8, 2021.

{56510618}

*Charles S. Garner v. Ditech Financial, LLC et al.,*
*3:20-cv-00704-MMD-WGC*

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 12th day of February, 2021.

| AKERMAN LLP | THE LAW OFFICE OF CAROLE M. POPE |
|---|---|
| /s/ Jamie K. Combs | /s/ Carole M. Pope |
| ARIEL STERN, ESQ. | CAROLE M. POPE, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 3779 |
| NATALIE L. WINSLOW, ESQ. | 301 Flint St. |
| Nevada Bar No. 12125 | Reno, NV 89501 |
| JAMIE K. COMBS, ESQ. | |
| Nevada Bar No. 13088 | *Attorneys for Charles S. Garner and Cathy J. Garner* |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | |
| *Attorneys for U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Recovery Trust and Ditech Financial, LLC* | |

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 3:20-cv-00704-MMD-WGC

DATED: February 16, 2021