ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Recovery Trust and Ditech Financial, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES S. GARNER, and CATHY J. GARNER, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL, LLC, a Delaware Limited Liability Company, BENEFICIAL MORTGAGE CO. OF NEVADA; U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ RECOVERY TRUST; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiffs' title, or any cloud on plaintiffs' title hereto, named as DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00704-MMD-WGC<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>**(FIRST REQUEST)** |

Charles S. Garner and Cathy J. Garner (the **Garners**) and defendant U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Recovery Trus stipulate to stay the current litigation. The parties are in the process of evaluating whether settlement of the claims in this litigation is possible.

. . .

. . .

{56510618}

*Charles S. Garner v. Ditech Financial, LLC et al.,*
*3:20-cv-00704-MMD-WGC*

The current settlement offer requires the Garners to place the subject property for sale, with a close of escrow date by July 30, 2021. Given the possibility of settlement in this case, including the proposed close of escrow date by July 30, 2021, the parties request a brief stay of the proceedings to allow the parties to continue to explore settlement without incurring additional fees and costs for continued litigation.

Accordingly, the parties stipulate to stay further proceedings in the case until August 2, 2021. The parties anticipate either: 1) filing a stipulation and order for dismissal at the conclusion of the stay; or 2) preparing a joint status report to reset the discovery/dispositive motion deadlines if the parties cannot settle the case by August 2, 2021.

DATED this 2nd day of June, 2021.

| **AKERMAN LLP** | **THE LAW OFFICE OF CAROLE M. POPE** |
|---|---|
| */s/ Natalie L. Winslow* <br> ARIEL STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Recovery Trust and Ditech Financial, LLC* | */s/ Carole M. Pope* <br> CAROLE M. POPE, ESQ. <br> Nevada Bar No. 3779 <br> 301 Flint St. <br> Reno, NV 89501 <br><br> *Attorneys for Charles S. Garner and Cathy J. Garner* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 3:20-cv-00704-MMD-WGC

DATED: 6/2/2021

{56510618}

2