ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Recovery Trust and Ditech Financial, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES S. GARNER, and CATHY J. GARNER, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL, LLC, a Delaware Limited Liability Company, BENEFICIAL MORTGAGE CO. OF NEVADA; U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ RECOVERY TRUST; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiffs' title, or any cloud on plaintiffs' title hereto, named as DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-00704-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiffs Charles S. Garner and Cathy J. Garner (**plaintiffs**) and defendant U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Recovery Trust (**U.S. Bank**), by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action shall be dismissed in full with prejudice.

. . .

{67908247;1}

Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

**IT IS SO STIPULATED.**

DATED this 21ˢᵗ day of December, 2022.

| **AKERMAN LLP** | **THE LAW OFFICE OF CAROLE M. POPE** |
|---|---|
| /s/Nicholas E. Belay<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Recovery Trust and Ditech Financial, LLC* | /s/ Carole M. Pope<br>CAROLE M. POPE, ESQ.<br>Nevada Bar No. 3779<br>301 Flint St.<br>Reno, NV 89501<br><br>*Attorneys for Charles S. Garner and Cathy J. Garner* |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 3:20-cv-00704-MMD-CSD

**DATED:** December 22, 2022

2

{67908247;1}